UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23578-CIV-MORENO

REGIONS BANK,

        Plaintiff,

vs.

NBV LOAN ACQUISITION MEMBER LLC,
et al.,

        Defendants.
_____/

### ORDER ADOPTING MAGISTRATE JUDGE'S REPORT AND RECOMMENDATION, GRANTING MOTION FOR CLARIFICATION, AND AMENDING ORDER ON MOTION TO DISMISS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on the parties' Agreed Motion for Clarification **(D.E. 49)**, filed on **May 12, 2022**. The Magistrate Judge filed a Report and Recommendation **(D.E. 79)** on **July 7, 2022**. The Court has made a *de novo* review of the issues that the Magistrate Judge's Report and Recommendation presents, and being otherwise fully advised in the premises, it is **ADJUDGED** that the Report and Recommendation is **AFFIRMED** and **ADOPTED**. Accordingly, the Agreed Motion for Clarification is **GRANTED** and the Order on Defendants' Motion to Dismiss **(D.E. 48)**, is **AMENDED** to reflect that Counts XIV, XVI, and XVIII are dismissed with prejudice, but Count XVII is not.[1]

DONE AND ORDERED in Chambers at Miami, Florida, this 21st of July 2022.

FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:
United States Magistrate Judge Jonathan Goodman
Counsel of Record

---

[1] The Court acknowledges its error. Perhaps for the sake of simplicity, and in view of the fall of the Roman Empire in 476 A.D., litigants should avoid using Roman numerals in the future.