UNITED STATES DISTRICT COURT FOR THE
SOUTHERN DISTRICT OF FLORIDA
Miami Division

Case Number: 21-23578-CIV-MORENO

REGIONS BANK,

      Plaintiff,

vs.

NBV LOAN ACQUISITION MEMBER LLC,
et al.,

      Defendants.
_____/

## ORDER ADOPTING MAGISTRATE JUDGE GOODMAN'S REPORT AND RECOMMENDATIONS ON COMPETING SUMMARY JUDGMENT MOTIONS

THE MATTER was referred to the Honorable Jonathan Goodman, United States Magistrate Judge, for a Report and Recommendation on Defendants' Omnibus Motion for Summary Judgment and Incorporated Memorandum of Law (**D.E. 132**) and Regions' Motion for Summary Judgment on CAC Counts 1, 15 and 17 (**D.E. 135**), both filed on **October 14, 2022**.

The Magistrate Judge filed a Report and Recommendation (**D.E. 169**) on **December 1, 2022**. The Court has reviewed the entire file and record. The Court has made a *de novo* review of the issues that the objections to the Magistrate Judge's Report and Recommendation present, and being otherwise fully advised in the premises, it is **ADJUDGED** that United States Magistrate Judge Jonathan Goodman's Report and Recommendation is **AFFIRMED** and **ADOPTED**.

Accordingly, it is **ADJUDGED** that, because there are multiple material facts in dispute, Defendants' Omnibus Motion for Summary Judgment and Regions' Motion for Summary Judgment on CAC Counts 1, 15 and 17 are **DENIED**.

DONE AND ORDERED in Chambers at Miami, Florida, this 20th of January 2023.

_____
FEDERICO A. MORENO
UNITED STATES DISTRICT JUDGE

Copies furnished to:

United States Magistrate Judge Jonathan Goodman

Counsel of Record